UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHELE DIANE BAUMGARTNER,

    Plaintiff,

v.                              Case No. 3:20-cv-1236-BJD-JBT

CONCENTRIX CVG CORPORATION, a Foreign Not for Profit Corporation and UNUM LIFE INSURANCE COMPANY OF AMERICA, a Foreign Profit Corporation,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal with Prejudice (Doc. No.41; Stipulation) filed on September 16, 2021. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 17th day of September, 2021.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record